```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

Caroline Memnon
242 East 112 #3
New York, New York 10029

Monday, July 7, 2008

Honorable Harold Baer, Jr.
District Judge
United States District Court
500 Pearl Street, Chambers 2230
New York, New York 10007

Re: Memnon v. Clifford Chance 08CV2874

Dear Honorable Baer:

I would like to request that my Pre-Trial Conference scheduled for Thursday, July 10th, 2008, be adjourned until September. I have recently secured an attorney who is currently amending my complaint. As such, I have not yet served the defendants Clifford Chance and Sullivan and Worcester with my amended complaint. I have until July 18th, 2008, and I intend to do so by that date. The defendants have not been notified of this Pre-Trial notice.

Moreover, I have a pending opportunity for employment in Paris starting the month of August, and would welcome the income. I am currently unemployed and am undergoing financial hardship. The adjournment until September would allow me the time to resolve my current financial matters in order to be best prepared for my Pre-Trial Conference. Please let me know if you have any questions or require further information, I can be reached by phone at 917-678-6623, or by e-mail at carolinememnon@aol.com. Thank you in advance for your consideration and I look forward to hearing from you.

Sincerely,

Caroline Memnon

*[Handwritten note:]* Pretrial conference adjourned to Thursday, September 4, 2008 at 1:30pm. You must notify your adversaries.

SO ORDERED.
Hon. Harold Baer, Jr., U.S.D.J.
Date: July 7, 2008