Caroline Memnon
242 East 112 #3
New York, New York 10029

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Thursday, August 21, 2008

AUG 22 2008

Honorable Harold Baer, Jr.
District Judge
United States District Court
500 Pearl Street, Chambers 2230
New York, New York 10007

Re: Memnon v. Clifford Chance 08CV2874

Dear Honorable Baer:

I would like to request that my Pre-Trial Conference scheduled for Thursday, September 4th, 2008, be adjourned until October. The attorney who assisted in me in amending my complaint and whom I intend to retain will not be available September 4th as she will be away on vacation most of the month of September. As such, I would like to request that my Pre-Trial conference be adjourned until October. Please let me know if you have any questions or require further information. I can be reached by phone at 917-678-6623, or by e-mail at carolinememnon@aol.com. Thank you in advance for your consideration and I look forward to hearing from you.

Sincerely,

Caroline Memnon

Oct 2 at 3:30

Harold Baer, Jr., U.S.D.J.
Date: 8/27/08