DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/08

Caroline Memnon
242 East 112 #3
New York, New York 10029

Thursday, August 21, 2008

AUG 2 2 2008

Honorable Harold Baer, Jr.
District Judge
United States District Court
500 Pearl Street, Chambers 2230
New York, New York 10007

Re: Memnon v. Clifford Chance 08CV2874

Dear Honorable Baer:

I respectfully request an extension of time to answer Defendant Clifford Chance's Motion to Dismiss. There has been no prejudice to the matter and I request 30 days to answer the Motion. I have been focused on securing employment this month and dealing with my financial hardship. I have already started the Affirmation in Opposition to Motion and intend to answer Defendant immediately. Please let me know if you have any questions or require further information, I can be reached by phone at 917-678-6623, or by e-mail at carolinememnon@aol.com. Thank you in advance for your consideration and I look forward to hearing from you.

Sincerely,

Caroline Memnon

*Handwritten annotation:* Motion filed 8/4 — tell when your 30 days begins & I will give you until Sept 30 to answer. I only take fully briefed motions.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
8/27/08

Endorsement:

    Motion filed 8/4 can't tell when your 30 days begins.  I will give you until September 30 to answer. I only take fully briefed motions.